RECEIVED
APR - 2 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

EARL JOHNSON #31261-034      DOCKET NO. 12-CV-2547; SEC. P

VERSUS                        JUDGE JAMES T. TRIMBLE, Jr.

WARDEN                        MAGISTRATE JUDGE JAMES D. KIRK

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED THAT Petitioner's §2241 application be **DENIED AND DISMISSED** because Petitioner has not shown that his custody is in violation of the Constitution or laws of the United States.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 2nd day of April, 2013.

JAMES T. TRIMBLE, Jr.
UNITED STATES DISTRICT COURT